## CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JOSE CORTEZ,<br>aka "Jose Jeremias Cortez,"<br>aka "Jose J. Cortez,"<br>aka "Jose Jeremias Cortes Garcia," | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>FILED<br>MAY - 4 2007<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY<br><br>07-0642 |

Complaint for violation of Title 8, United States Code §§ 1326(a), (b)(2): Illegal Alien Found in the United States Following Deportation.

| NAME OF MAGISTRATE JUDGE<br>**HON. FREDERICK F. MUMM** | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSE<br>April 7, 2007 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

    On or about April 7, 2007, defendant JOSE CORTEZ, also known as ("aka") "Jose Jeremias Cortez," aka "Jose J. Cortez," aka "Jose Jeremias Cortes Garcia," an alien who had been officially removed from the United States on or about August 19, 1998, and May 11, 2005, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or his designated successor, the Secretary for Homeland Security, to reapply for admission to the United States following defendant's deportation and removal.

    At least one of defendant's previously alleged removals from the United States occurred subsequent to defendant's conviction for the following aggravated felony: Driving/Taking of Vehicle Without Owner's Consent, in violation of California Vehicle Code Section 10851(a), on or about September 22, 1995, in the Superior Court of California, County of Los Angeles, Case Number LA021558, a theft offense for which defendant was sentenced to three hundred sixty five days in the county jail.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
   (See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>*Benedictian R. Celis*<br>BENEDICTIAN R. CELIS |
|---|---|
| | OFFICIAL TITLE<br>Deportation Officer - ICE |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE<br>May 4, 2007 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

AUSA: JEFFREY P. MITCHELL    REC: DETENTION
*JM*

A F F I D A V I T

I, Benedictian R. Celis, being duly sworn, do hereby depose and say:

1. I am an Immigration Enforcement Agent ("IEA") with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"). I have been an IEA with ICE, formerly known as the Immigration and Naturalization Service ("INS") since May 1996. I am currently assigned to the Los Angeles Detention and Removal Operation Unit.

2. This affidavit is made in support of a criminal complaint against JOSE CORTEZ ("CORTEZ"), also known as ("aka") "Jose Jeremias Cortez," aka "Jose J. Cortez," aka "Jose Jeremias Cortes Garcia," charging him with a violation of Title 8, United States Code, Section 1326, Illegal Alien Found in the United States Following Deportation. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and does not purport to set forth all of my knowledge of, or investigation into this matter.

3. On April 30, 2007, Deportation Officer Aurelio Garcia notified me that CORTEZ, a previously deported criminal alien, was present in the United States and in the administrative

custody of the ICE Los Angeles Branch. Based on this notification, I undertook the present investigation of CORTEZ.

4. Based on my training and experience, I know that a United States Department of Homeland Security ("DHS") "A-File" is a file maintained by the DHS in which all immigration records are maintained for aliens admitted to or found in the United States and that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and all records relating to deportation or other actions by the DHS with respect to the subject alien for whom the DHS A-File is maintained.

5. On April 30, 2007, I obtained and reviewed DHS A-File A94-177-806, which is maintained for the subject alien "Jose CORTEZ." The A-File contained the following documents and information.

    a. Photographs that depict CORTEZ, whom I personally observed on April 30, 2007 while in ICE custody. I thus determined that DHS A-File A94-177-806 and its contents correspond to CORTEZ.

    b. A DHS Immigration Detainer (Form I-247) dated April 7, 2007 had been placed on CORTEZ. From DHS A-file A94-177-806, I learned that ICE Special Agent ("SA") Edward J. Quackenbush was notified by the Los Angeles Sheriff Department that CORTEZ was in their custody. ICE SA Quackenbush caused an ICE Immigration

Detainer to be placed on CORTEZ. In turn, CORTEZ was released to ICE on April 27, 2007.

  c. An executed Warrant of Deportation indicating that CORTEZ was officially removed and deported from the United States on February 28, 1997. I know from my training and experience that a Warrant of Deportation is executed each time a subject alien is removed and deported from the United States by the INS (the predecessor agency of ICE) and usually contains the subject's signature, and/or fingerprints. The executed Warrant of Deportation in CORTEZ' A-File contains his fingerprint and signature.

  d. Two executed Warrants of Removal/Deportation indicating that CORTEZ was officially removed and deported from the United States on August 19, 1998 and May 11, 2005. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject alien is removed and deported from the United States by the ICE (and its predecessor agency, the INS) and usually contains the subject's photograph, signature, and/or fingerprints. The executed Warrants of Removal/Deportation in CORTEZ' A-File contains photograph, fingerprint, and signature.

  e. A certified copy of conviction record showing that CORTEZ was convicted of Burglary Second Degree, on June 17, 1996,

in violation of Penal Code Section 459, in the Superior Court of California, County of Los Angeles, Case Number VA036772, for which CORTEZ was sentenced to one year and four months imprisonment.

  f. A certified copy of conviction record showing that CORTEZ was convicted of Driving/Taking of Vehicle Without Owner's Consent, on September 22, 1995, in violation of California Vehicle Code Section 10851, in the Superior Court of California, County of Los Angeles, Case Number LA021558, for which CORTEZ was sentenced to three hundred sixty five days imprisonment.

  6. On April 30, 2007, I reviewed the printouts of the California Identification Index ("CII"). Based on my training and experience, I know that the CII database tracks and records arrests and convictions of individuals according to an individual's CII number. I determined that the CII printouts confirmed that CORTEZ had been convicted of the crimes reflected in the records of conviction contained in CORTEZ' DHS A-File described above.

  7. On April 30, 2007, I reviewed the printouts of ICE computer indices on CORTEZ. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States by ICE or is granted permission to enter or re-enter the United States. Based on my

review of the printouts, I know that the ICE computer indices confirmed that CORTEZ had been removed and deported on the dates indicated on the Warrant of Removals/Deportation found in CORTEZ' DHS A-File. The ICE computer indices further indicated that CORTEZ had not applied for or obtained permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to re-enter the United States legally since CORTEZ had last been deported.

8. Based on my review of CORTEZ' DHS A-File, I determined that his A-File does not contain any record of him ever applying for, or receiving permission from, the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in CORTEZ' DHS A-File.

9. Based on my review of the contents of DHS A-File A94-177-806, in particular the Warrant of Removal/Deportation indicating that had been removed and deported to El Salvador on three occasions, and my training and experience, I determined that CORTEZ is an alien, that is, a citizen of El Salvador, who has

illegally re-entered the United States without permission.

10. Based on the foregoing facts, I believe that there is probable cause to believe that CORTEZ has violated Title 8, United States Code, Section 1326, Illegal Alien Found in the United States Following Deportation.

*Benedictian R. Celis*
Benedictian R. Celis
Immigration Enforcement Agent - ICE

Subscribed and sworn to before me
on this ___ day of May 2007.

_____
UNITED STATES MAGISTRATE JUDGE

6